**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

TRACY N. BAZE,                          )
                                        )
            Plaintiff,                  )
                                        )          NO.  CV-10-418-JPH
        vs.                             )
                                        )          **JUDGMENT IN A**
MICHAEL J. ASTRUE,                      )          **CIVIL CASE**
Commissioner of Social Security,        )
                                        )
            Defendant.                  )
                                        )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant

to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence

four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

**CLOSED.**

DATED this 20th  day of October, 2011.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk


                                        by: __s/ Karen White_____
                                                Deputy Clerk

cc: all counsel